UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS A. PETERSON,

       Plaintiff,

vs.

       Case No. 12-CV-11047
       HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION [DOC. 15] AND
<u>DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE</u>**

This pro se action arises out of plaintiff Marcus Peterson's claim for judicial review of defendant Commissioner of Social Security's decision that he is not entitled to social security disability benefits. On April 9, 2013, Magistrate Judge Whalen issued a report and recommendation recommending that Peterson's complaint should be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41.2 of the United States District Court for the Eastern District of Michigan. No objections have been filed to the report and recommendation and the time period for doing so has expired. The failure to file objections to a report and recommendation generally constitutes a waiver of the right to appeal the judgment of the district court. Alspaugh v. McConnell, 643 F.3d 162, 166 (6th Cir. 2011). The court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's report

and recommendation.  Plaintiff's complaint hereby is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: May 9, 2013

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

On May 9, 2013, copies of this Order were served upon attorneys of record and also on Marcus A. Peterson, 60 E. Milwaukee, P.O. Box 2336, Detroit, MI 48202, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk

---